FILED | 12/17/2025 9:55 AM
CC-20-2025-C-1480
Kanawha County Circuit Clerk
Cathy S. Gatson

IN THE CIRCUIT COURT OF _____ COUNTY, WEST VIRGINIA

## CIVIL CASE INFORMATION STATEMENT
(Civil Cases Other than Domestic Relations)

### I. CASE STYLE:

Case No. 25-C-1480
Judge: Ballard

Plaintiff(s):
Geoffery D. Johnston / Cindy M.
1026 Helen Dr.
Hurricane, WV 25526

Plaintiff's Phone: 304-647-6219

vs.

Defendant(s):
Dr. Arvin Singh
Name
4190 Washington St. W.
Street Address
Charleston, WV 25313
City, State, Zip Code

Days to Answer: 30
Type of Service: _____
Defendant's Phone: _____

### II. TYPE OF CASE:

- [ ] General Civil
- [ ] Mass Litigation [As defined in T.C.R. 26.04(a)]
  - [ ] Asbestos
  - [ ] FELA Asbestos
  - [ ] Other:
- [ ] Habeas Corpus/Other Extraordinary Writ
- [ ] Other:

- [ ] Adoption
- [ ] Administrative Agency Appeal
- [ ] Civil Appeal from Magistrate Court
- [ ] Miscellaneous Civil Petition Mental
- [ ] Hygiene
- [ ] Guardianship
- [ ] Medical Malpractice

### III. JURY DEMAND: ☐ Yes ☐ No   CASE WILL BE READY FOR TRIAL BY (Month/Year): ___/___

### IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS?

☐ Yes ☐ No

IF YES, PLEASE SPECIFY:
- [ ] Wheelchair accessible hearing room and other facilities
- [ ] Reader or other auxiliary aid for the visually impaired
- [ ] Interpreter or other auxiliary aid for the deaf and hard of hearing
- [ ] Spokesperson or other auxiliary aid for the speech impaired
- [ ] Foreign language interpreter-specify language: _____
- [ ] Other:

Attorney Name: Geoffery A Johnston, Cindy M.
Firm: 1026 Helen Dr.
Address: 1026 Hurricane, WV 25526
Telephone: _____

Representing:
- [ ] Plaintiff
- [ ] Defendant
- [ ] Cross-Defendant
- [ ] Cross-Complainant
- [ ] 3rd-Party Plaintiff
- [ ] 3rd-Party Defendant

☐ Proceeding Without an Attorney

Original and ___ copies of complaint enclosed/attached ✓

Dated: 12/17/25    Signature: _____

SCA-C-100: Civil Case Information Statement (Other than Domestic Relations)
Revised: 04/2020

EXHIBIT 1

Plaintiff: Geoffery A. Johnston/Cindy M., et al   Case Number: _____
vs.
Defendant: _____, et al

## CIVIL CASE INFORMATION STATEMENT
### DEFENDANT(S) CONTINUATION PAGE

2699

**Defendant's Name:** MR ANDREW RADCLIFF
**Street Address:** 2699 PARK AVE, SUITE 100
**City, State, Zip Code:** HUNTINGTON, WV 25704
**Defendant's Phone:** _____
**Days to Answer:** 30
**Type of Service:** _____

**Defendant's Name:** MS. JENNIFER BECKETT
**Street Address:** P.O. BOX 418 / 8209 COURT AVE
**City, State, Zip Code:** HAMLIN, WV 25523
**Defendant's Phone:** _____
**Days to Answer:** 30
**Type of Service:** _____

**Defendant's Name:** _____
**Street Address:** _____
**City, State, Zip Code:** _____
**Defendant's Phone:** _____
**Days to Answer:** _____
**Type of Service:** _____

**Defendant's Name:** _____
**Street Address:** _____
**City, State, Zip Code:** _____
**Defendant's Phone:** _____
**Days to Answer:** _____
**Type of Service:** _____

**Defendant's Name:** _____
**Street Address:** _____
**City, State, Zip Code:** _____
**Defendant's Phone:** _____
**Days to Answer:** _____
**Type of Service:** _____

**Defendant's Name:** _____
**Street Address:** _____
**City, State, Zip Code:** _____
**Defendant's Phone:** _____
**Days to Answer:** _____
**Type of Service:** _____

**Defendant's Name:** _____
**Street Address:** _____
**City, State, Zip Code:** _____
**Defendant's Phone:** _____
**Days to Answer:** _____
**Type of Service:** _____



FILED | 12/17/2025 9:55 AM
CC-20-2025-C-1480
Kanawha County Circuit Clerk
Cathy S. Gatson

12 December, 2025

## IN THE CIVIL COURT OF KANAWHA COUNTY, WEST VIRGINIA

Plaintiffs'

Geoffery D. and Cindy M. Johnston           **PLAINTIFFS' DEMAND TRIAL BY JURY**

-vs-

Defendants'                                  Case No:_____

Dr. Arvin Singh, Secrerary, West Virginia Department of Health and Human Services
Mr. Andrew Radcliff, Director, Cabell County, West Virginia Department of Health and Human Services
Ms. Jennifer Beckett, Lincoln County, West Virginia Department of Health and Human Services

1. Plaintiffs' at all times mentioned, are and still residents of Putnam County West Virginia.
2. Defendants' are a state agency, under the laws of the U.S. Government, and the state of West Virginia, having a main office in Charleston, Kanawha County, West Virginia.
3. The jurisidiction of this court is invoked pursuant to West Virginia Code 51-2-2.
4. Defendants' violated West Virginia Code 61-11-25(d) by not certifying to the court within 60 days that the expungement was completed.
5. Defendants' failure to provide proper training, knowledge, monitoring, and supervision has allowed the Child Protective Services to violated West Virginia Codes 61-11-25(d) and (e), and the "Final Order" of the Lincoln County Chief Judge Jay Hoke.

6. Planitifs' were contacted by the Kanawha County CPS on November 6, 2025 conerning placement of my wife's nieces' children. After a background check, it was determined that "Substantial allegations of child abuse" were discovered in Cabell County. Plaintiffs' have never had an open CPS case in Cabell County. The only association Plaintiffs' have had with the Cabell County CPS is Case Worker Anita Evans, and Case Worker Ntella Kalaja. Case Woker Evans brought false allegations of child abuse against Planitiffs' when she was a Case Worker in Lincoln County. Case Worker Evans' false allegations brought financial ruin, physical and mental torture, and humiliation from plaintiffs' arrest and local news articles. Plaintiffs' lost their home, cars, jobs, and most importantly, our children, effectively destroying our lives.

7. Case Worker Ntella Kalaja devulged sensitive, private information to another Case Worker to destroy our chances of having children places in our home.

8. Plaintiffs' have lost many job opportunities, and jobs due to Defendants' disregard of a "Final Court Order."

9. Plaintiffs' maintain that the West Virginia Department of Health and Human Servies is considered at all times "Other Agencies."

10. Defendants' are in violation of West Virginia Code 65-11-25(d) and (e), the Final Court Order of Lincoln County Chief Judge Jay Hoke, and Plaintiffs' Constitutional and Civil Rights under the Fifth and Fourteenth Amendments, and 42 USC 1983.

11. WHEREFORE, Planitiffs' demand: Immediate expungement of records. Monetary damages in the amount of 50,000.00. Defendants' pay any cost and fees associated with this Civil Action, and any Punitive relief which the Jury and Court deem appropriate.

*[signature]*
Cindy M. Johnston

*[signature]*
Geoffery D. Johnston
1026 Helen Dr,
Hurricane, WV 25526
(304) 641-6219
Pro Se Litigants